UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Robinson,

                          Plaintiff,

    -against-

Commissioner of Social Security,

                         Defendant.

1:18-cv-04515 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Commissioner shall respond to Plaintiff's motion for attorney's fees (see Am. Motion, ECF No. 28) no later than July 14, 2025.

**SO ORDERED.**

DATED:    New York, New York
                June 30, 2025

_____
STEWART D. AARON
United States Magistrate Judge